# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRY SPENCE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:16-cv-00239-BR |
| ) | |
| v. ) | Honorable Barbara Rothstein |
| ) | |
| COLORADO TECHNICAL UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Sherry Spence and Defendant Colorado Technical University, Inc., improperly sued as Colorado Technical University, by and through their respective attorneys, hereby request an order extending the deadline to file their ADR stipulation pursuant to Local Rule 16.2 to November 3, 2016. In support of their motion, the parties state as follows:

1. On October 7, 2016, the Court entered an order (ECF No. 16) requiring the parties to file a stipulation selecting an ADR process on or before October 27, 2016.

2. The parties have conferred and have agreed to mediation, but are still in the process of agreeing upon a mediator.

3. The parties request an extension of time, up to and including November 3, 2016, to file their ADR stipulation.

4. Such an extension will not interfere with the orderly progression of this case and will not affect the deadline to complete the ADR process.

WHEREFORE, the Plaintiff Sherry Spence and Defendant Colorado Technical University, Inc. respectfully request that this Court grant their joint motion for an extension of time to and including November 3, 2016, to file their ADR stipulation.

Dated:  October 27, 2016

| | |
|---|---|
| /s/ Terance A. Gonsalves | /s/ Richard Albanese |
| Terance A. Gonsalves | Amy L. Bennecoff Ginsburg |
| Katten Muchin Rosenman LLP | Richard Albanese |
| 525 West Monroe Street | Kimmel & Silverman PC |
| Chicago, IL 60661-3693 | 30 East Butler Pike |
| (312) 902-5200 (Phone) | Ambler, PA 19002 |
| (312) 902-1061 (Fax) | 215-540-8888 |
| terance.gonsalves@kattenlaw.com | aginsburg@creditlaw.com |
| | ralbanese@creditlaw.com |
| | *Counsel for Plaintiff,* |
| William Stang | *Sherry Spence* |
| PA Attorney ID No. 33221 | |
| Fox Rothschild LLP | |
| 500 Grant Street, Suite 2500 | |
| Pittsburgh, PA 15219 | |
| (412) 394-5522 (Phone) | |
| (412) 391-6984 (Fax) | |
| *Counsel for Defendant,* | |
| *Colorado Technical University, Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2016, a copy of the foregoing *Joint Motion for Extension of Time* was filed via the court's CM/ECF system, which will send notice to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Terance A. Gonsalves_____